UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

LAW ENFORCEMENT OFFICERS SECURITY UNION,

Debtor.

Case No. 24-70277-JAD

Chapter 7

ERIC E. BONONI, TRUSTEE,

Movant

Vs.

LAW ENFORCEMENT OFFICERS SECURITY UNION,

Respondent

**MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION**

I hereby certify that pursuant to an amended Order of Court appointing mediator, dated August 22, 2024 (docket no. 84), a mediation conference was held on September 9, 2025 and September 10, 2025. The parties have reached agreement on all issues, subject to Court approval.

/s/ Leonard F. Spagnolo

Leonard F. Spagnolo, Esquire
PA ID No. 41250

113 Piatt Estates Drive
Washington, PA 15301
spagnololen@gmail.com
Cell: (412) 477-4748

Mediator