IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Law Enforcement Officers Security Union,<br>Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>Movant<br>v.<br>Law Enforcement Officers Security Union,<br>Respondent(s) | Bankruptcy No. 24-70277-JAD<br><br>Chapter 7 |

**MOTION TO APPROVE SETTLEMENT**

COMES NOW, Eric E. Bononi, Trustee of the Bankruptcy Estate of Law Enforcement Officers Security Union, by and through his attorney Eric E. Bononi, Esquire and Bononi & Company, P.C., and files the within Amended Motion Approve Settlement, stating in support thereof as follows:

1. The case was commenced by the filing of a Voluntary Petition on July 8, 2024.

2. This proceeding is a core proceeding over which this Court has jurisdiction pursuant to the provisions of 28 U.S.C. §§ 157 and 1334.

3. Eric E. Bononi was duly appointed and qualified as Trustee and has been so serving.

4. Among the property of the estate is the following: Preferential/Fraudulent Transfer Settlement (the "Claim").

5. On or around March 27, 2025, the trustee motioned the Court to employ Charles P. Dahlmann and Chuck Dahlmann Investigations ("CDI") as a Forensic Accountant and Private Investigator. The Court approved the Order on April 24, 2025.

6. On or around July 10, 2025, the Trustee motioned the Court to appoint Leonard Spagnolo, Esq. as mediator. The Court approved the Order on August 22, 2025.

7. A two-day mediation was held on September 9, 2025, and concluded on September 10, 2025.

8. At the conclusion of the mediation, the parties reached an agreement that resolved all the issues and Claims and /or Causes of Action. The Settlement Agreement is attached hereto as Exhibit "A".

9. The debtor is willing to remit to the Chapter 7 Trustee the amount of $140,000.00 in order to settle the Claim and as such the Trustee releases and discharges the debtor and its affiliated unions and divisions, including but not limited to:

    a. United Federation LEOS-PBA;
    b. LEOS-PBA;
    c. PROA;
    d. NUSPO;
    e. UFSPSO;
    f. United Federation K9 Handlers;
    g. LEOSU-DC;

h. LEOSU-VA;
i. FPSOA;
j. NUNSO;
k. LEOSU-CA;
l. SPSOA;
m. PSONU;
n. LEOSPU;
o. And United Federation LEOS-PBA Hawaii, Guam, Saipan, and American Samoa, its officers and directors, including, but not limited to:
   i. Jean-Giles Brikener (d/b/a Brik Unlimited LLC);
   ii. Calvin Wells;
   iii. Robert Sottilare;
   iv. Steve Maritas; and
   v. Thomas Ahrens,
   vi. And any other parties listed in the settlement agreement

10. The Trustee and debtor have agreed to settle the claim in the amount of $140,000.00.

11. Pursuant to Bankruptcy Rule 9019, the bankruptcy court may approve a compromise or settlement. In deciding whether to approve a settlement, the court must determine whether the proposed settlement is in the best interest of the estate. *In re Martin, 91 F.3d 389, 393 (3d Cir 1996)*. When determining whether to approve a settlement offer, the court should consider:

a. The probability of success in litigation;
b. Likely difficulties in collecting a favorable judgment;
c. The complexity of the litigation and the expense, inconvenience and delay in pursuing the litigation; and
d. The paramount interests of estate creditors.

12. The Trustee believes that the settlement as set forth above is fair and reasonable, and in the best interests of the estate and its creditors.

13. The Trustee believes that a better "net result" would not be obtained by continued litigation of the matters in dispute.

14. The Trustee has not promised nor been promised any consideration for agreement to the within settlement except as herein specifically set forth.

WHEREFORE, the Trustee does pray this Court to enter an Order approving the Trustee to settle the Claim for $140,000.00 upon the terms set forth above.

Respectfully submitted,

DATE: October 7, 2025

***/s/ Eric E. Bononi***

Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA 15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

Prepared by:
Eric E. Bononi, Esq.