IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Law Enforcement Officers Security Union,<br>Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>Movant<br>v.<br>Law Enforcement Officers Security Union,<br>Respondent(s) | Bankruptcy No. 24-70277-JAD<br><br>Chapter 7 |

**ORDER OF COURT**

AND NOW, this _______ day of _____________________, 20_____, after notice and opportunity for hearing, the Court having considered the Trustee's Motion to Approve Settlement (the "Motion"), it is hereby **ORDERED, ADJUDGED and DECREED** that:

The Motion is **GRANTED** and the Trustee is approved to settle the preferential/fraudulent transfer settlement (the "Claim") as set forth in the Motion in the amount of $140,000.00 and the Trustee releases and discharges the debtor and its affiliated unions and divisions, including but not limited to:

a. United Federation LEOS-PBA;
b. LEOS-PBA;
c. PROA;
d. NUSPO;
e. UFSPSO;
f. United Federation K9 Handlers;
g. LEOSU-DC;
h. LEOSU-VA;
i. FPSOA;
j. NUNSO;
k. LEOSU-CA;
l. SPSOA;
m. PSONU;
n. LEOSPU;
o. And United Federation LEOS-PBA Hawaii, Guam, Saipan, and American Samoa, its officers and directors, including, but not limited to:
    i. Jean-Giles Brikener (d/b/a Brik Unlimited LLC);

ii. Calvin Wells;
iii. Robert Sottilare;
iv. Steve Maritas; and
v. Thomas Ahrens;
vi. And any other parties listed in the settlement agreement

BY THE COURT:

______________________________
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE