# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment by the SPFPA Parties, dated March 30, 2023, EDMI, Case No. 19-cv-10743 |
| Exhibit B | Report and Recommendation of Discovery Master No. 4 re: Plaintiff's Renewed Motion for Default Judgment or Alternative Spoliation Sanctions, dated June 17, 2024, EDMI, Case No. 19-cv-10743 |
| Exhibit C | Report and Recommendation of Discovery Master re: Plaintiff's Motion for Default Judgment or Alternative Spoliation Sanctions, dated September 22, 2022, EDMI, Case No. 19-cv-10743 |
| Exhibit D | Formation Report – Debtor LEOSU |
| Exhibit E | 2017 LM Report – Debtor LEOSU, dated March 29, 2019 |
| Exhibit F | 2018 LM Report – Debtor LEOSU, dated March 31, 2019 |
| Exhibit G | Excerpts from Steve Maritas Deposition Transcript |
| Exhibit H | 2020 LM Report – Debtor LEOSU, dated June 26, 2021 |
| Exhibit I | 2021 & 2022 LM Reports – Debtor LEOSU, dated July 25, 2022 |
| Exhibit J | Excerpts from Charles Strebeck Deposition Transcript |
| Exhibit K | 2022 LM Report – LEOS-PBA, dated March 31, 2023 |
| Exhibit L | Letter, dated August 22, 2024 |