# **EXHIBIT D**

Formation Report – Debtor LEOSU

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

# FORM LM-1
# LABOR ORGANIZATION INFORMATION REPORT

Form approved
Office of Management and Budget
No. 1245-0003
Expires 08-31-2016

For Official Use Only
RECEIVED
MAR 06 2018
OLMS DRDA

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

**READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.**

**Identification Items** *(To be completed by all filers)*

1. File Number 545-734

2. What is your organization's fiscal year ending date? 7 / 4 / 2018

3. Is this the first Form LM-1 your organization has filed?

☒ Yes, this is an INITIAL FORM LM-1. *(Complete Items 2 through 21.)*

☐ No, this is an AMENDED FORM LM-1. *(Complete Items 1 through 9, 18, 20, and 21.)*

4. Affiliation or Organization Name
LEOSU

5. Designation *(Local, Lodge, etc.)*
NC - National Council

6. Designation Number
Prefix Number Suffix

7. Unit Name *(if any)*

8. Mailing Address

Name Steve Maritas
Title LEOSU Executive Board Member
P.O. Box, Bldg., and Room No., if any
Street 1155 F St NW #1050,
City Washington DC
State District of Columbia ZIP Code + 4 20004

9. Any other address where records necessary to verify this report are kept:

Name Grant Lally
Title Counsel to the Union
Organization Lally & Misir, LLP
P.O. Box, Bldg., and Room No., if any
Street 220 Old Country Rd #2,
City Mineola
State New York ZIP Code + 4 11501

## Signatures

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete. *(See the section on penalties in the instructions.)*

20. Signed [illegible signature]
President (if other title, see instructions)
Other (Specify)
Executive Board Member
On 2/19/18 (Date) (202) 595-3510 (Telephone Number)

21. Signed [illegible signature]
Secretary (if other title, see instructions)
Other (Specify)
Executive Board Member
On 2/19/18 (Date) (202) 595-3510 (Telephone Number)

Name of Labor Organization LEOSU | File Number 545-734

**Information Items** *(To be completed by initial filers only)*

**10. Where is your organization chartered to operate?**
City Washington DC County District of Columbia State DC

**11. When is your organization's next regular election of officers?**
Month Jun Year 2020

**12. Are any of your organization's members:**

- [X] Private Industry Employees
- [ ] U.S. Postal Service Employees
- [ ] Federal Government Employees

*(Check as many boxes as are applicable)*

**13. Is your organization:**

- [ ] A Local, Lodge, Branch, etc.
- [ ] An Intermediate Body (a conference, general committee, joint board, system board, joint council, district, etc.)
- [X] A National or International

**14. What are your organization's expected annual receipts (dues, fees, etc.):**

- [ ] Less than $10,000
- [X] $10,000 - 199,999
- [ ] $200,000 or more

**15. List the names and titles of all your organization's officers.**

| Name | | Title |
|---|---|---|
| Steve | Maritas | Executive Board Member |
| Brikener | Jean-Gilles | Executive Board Member |
| James | Burke | Executive Board Member |
| Calvin | Wells | Executive Board Member |
| Quentin | Howard | Executive Board Member |

**16. What are your organization's rates of dues and fees?** *(Enter a minimum and maximum if more than one rate applies for any line.)*

| | $ | per *(month, year, etc.)* | Minimum | Maximum |
|---|---|---|---|---|
| a. Regular Dues/Fees | | Month | 20 | 2& Half XHR |
| b. Working Dues | NA | | | |
| c. Initiation Fees | | | 10 | 125 |
| d. Transfer Fees | NA | | | |
| e. Work Permits | NA | | | |

**17. Two copies of your organization's current constitution and bylaws must be filed with this report. Under certain circumstances, your parent national or international organization may file copies on your behalf** *(see the instructions for this item)*. **Is your parent national or international submitting copies on your behalf?**

- [X] Yes
- [ ] No

**If your organization is filing any governing documents with this report, list them below.**

LEOSU By-Laws are incorporated into the LEOS-PBA Constitution & By-Laws.

| Name of Labor Organization LEOSU | File Number 545-734 |
|---|---|

**Practices and Procedures** *(To be completed by all filers except Federal employee labor organizations subject solely to Title VII of the Civil Service Reform Act or Chapter 10 of the Foreign Service Act)*

18. Enter in Column (1) the page number and section or paragraph number of your organization's constitution and bylaws where the listed practice or procedure is described. Or, if not described in the constitution and bylaws, check the box in Column (2) and provide a description of the practice or procedure in Item 19 or on an attached page.

| Practice or Procedure | (1) Page, Section, and/or Paragraph Number of Constitution and Bylaws | (2) Described in Item 19 |
|---|---|---|
| a. Qualifications for or restrictions on membership | Article IV Section 1 and Section 2 Pg 6 & 7 | a. ☐ |
| b. Levying assessments | NA | b. ☐ |
| c. Participating in insurance or other benefit plans | Art. VII Sec. 2 I, pg 11, S, pg 12, | c. ☒ |
| d. Authorizing disbursement of labor organization funds | Art. VII Sec.2 pg 10, F,G,H,I,L,S,T pg 11-12 | d. ☒ |
| e. Auditing financial transactions of the labor organization | Art. VII Sec. 7 pg 14 Art XXI Sec 11 pg 72 | e. ☐ |
| f. Calling regular and special meetings | Art. VII Sec. 2 M pg 12 Art. VIII Sec. 2 J | f. ☒ |
| g.1. Selecting officers and stewards and selecting any representatives to other bodies composed of labor organizations' representatives. | Art. VII Sec. 1 pg 9 Sec 2 C. pg 10 pg | g.1. ☒ |
| g.2. Invoking procedures by which a member may protest a defect in the election of officers (including not only all procedures for *initiating* an election protest but also all procedures for subsequently *appealing* an adverse decision, for example, procedures for appeals to superior or parent bodies, if any) | Art. XI Sec. 8 pg 29 Art. XVII Sec. 7 G pg 65 | g.2. ☐ |
| h. Disciplining or removing officers or agents for breaches of their trust | Art. XIV pg Sec. 1 through 8 pg 34 through 43 | h. ☐ |
| i. Imposing fines and suspending or expelling members including the grounds for such action and any provision made for notice, hearing, judgment on the evidence, and appeal procedures | Art. XIV pg Sec. 1 through 8 pg 34 through 43 | i. ☐ |
| j. Authorizing bargaining demands | Art. VII Sec. 2 pg 10 Sec. 2 Q. pg 12 | j. ☒ |
| k. Ratifying contract terms | Art. VIII Sec 2 N pg 15 | k. ☐ |
| l. Authorizing strikes | Art. IX Sec 1-3 pg 21-22 | l. ☐ |
| m. Issuing work permits | Not Applicable | m. ☐ |

**Additional Information** *(To be completed by all filers, as necessary)*

**19. Additional Information**

Item18.c: Art. VIII Sec 2. M,O,pg.15, P,T,U,V,W, pg.16, Sec. 3 pg.17 & 18, H, pg.19 Sec.6 & 7 pg.20 & 21, XXVII pg 80 & 81, A & B pg 81, C pg 82

Item18.d: S,T,V, pg 12, W,Z, pg 13 Art. VII Sec 2.H,I,L,M,O,pg 15, P,T,U,V,W pg 16, Sec.3 pg 17 & 18, Sec 4.A, C,D, pg 18 & 19, E,H, pg 19, Sec 6&7 pg 20 & 21, Art. X Sec.2 B, pg. 22 & 23 Art. XIII Sec 1. A pg 32, Sec 2 pg 32, Art. XV Section 5,7,pg 44 Sec.9, pg.45 Sec 16, pg 46, Art. XVIII Sec. 5 pg 64, Art. XXIV Sec 1,2,3,6, pg 78,Sec 7,pg 79 Art. XXVII pg 80 & 81, A & B pg 81, C pg 82, Art. XXVIII, Bonding, pg 82

Item18.j: XV Sec. 4 pg 43 XXIII Sec 3 & 4 pg 77

| Name of Labor Organization LEOSU | File Number 545-734 |
|---|---|

**Item 19 Continuation From Page 3**

Item18.f: Art. VII Sec. 2 M pg 12 Art. VIII Sec. 2 J page 15. Art. VIII Sec. 9 pg. 21 Art. XII Convetions Sec. 6 pg. 30

Item18.g1: Art. VII Sec. 1 pg 9 Sec 2 C. pg 10 pg Sec. 2 R pg 12 Sec 4 & 5 pg 13. Art. VIII Sec. 2 Y & Z pg 17 Sec. 6 & 7 pg. 20 Art. XI Elections Sec 1 through 11 pg. 27-28-29. Art XII Conventions Sec. 1 through 11 pg 30-31. Art. XV Sec. 6 pg 44. Sec 11 Sec 12 pg 45-46. Art. XVII Sec 6 pg 51 Sec 11 & 12 pg 56. Art. XVIII Sec 1 through 9 pg 61-66 Art XIX Sec 1 through 5 pg 67

Name of Labor Organization LEOSU

File Number 515-734

**Item 15 Continuation Page**

**Item 15. List the names and titles of all your organization's officers.**

| Name (First, MI, Last) | | Title |
|---|---|---|
| Herbert | Segarra | Executive Board Member |
| Javier | Ortiz | Executive Board Member |
| Jesse | Rager | Executive Board Member |