# EXHIBIT F

2018 LM Report – Debtor LEOSU, dated March 31, 2019

# FORM LM-4 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

FOR USE ONLY BY LABOR ORGANIZATIONS WITH LESS THAN $10,000 IN TOTAL ANNUAL RECEIPTS

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 09-30-2021

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 545-734 | 2. PERIOD COVERED<br>From 01/01/2018<br>Through 12/31/2018 | 3. (a) AMENDED - Is this an amended report: No<br>(b) HARDSHIP - Filed under the hardship procedures: No<br>(c) TERMINAL - Is this a terminal report: No |
|---|---|---|---|

4. AFFILIATION OR ORGANIZATION NAME
LAW ENFORCEMENT OFFICERS SECURITY & POLICE

5. DESIGNATION (Local, Lodge, etc.)
NATIONAL COUNCIL

6. DESIGNATION NBR

7. UNIT NAME (if any)
LEOSU

8. MAILING ADDRESS (Type or print in capital letters)

| First Name | Last Name |
|---|---|
| STEVE | MARITAS |

P.O Box - Building and Room Number
#1050

Number and Street
1155 F STREET NW

City
WASHINGTON

| State | ZIP Code + 4 |
|---|---|
| DC | 20004 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

20. SIGNED: Steve Maritas — Executive Director
Date: Mar 31, 2019 — Contact Info: 202-595-3510

21. SIGNED: Brikener Jean-Gilles — TREASURER
Date: Mar 31, 2019 — Contact Info: 202-595-3510

**ITEMS 9 THROUGH 18**

| | |
|---|---|
| 9. During the reporting period, did your organization have any changes in its constitution and bylaws (other than rates of dues and fees) or in practices/procedures listed in the instructions? (If the constitution and bylaws have changed, attach two new dated copies. If practices/ procedures have changed, see instructions.) | No |
| 10. Did your organization change its rates of dues and fees during the reporting period? (If "Yes," report the new rates in Item 19 on page 1.) | No |
| 11. Did your organization discover any loss or shortage of funds or property during the reporting period? (If "Yes," provide details in Item 19. Answer "Yes" even if there has been repayment or recovery.) | No |
| 12. Was your organization insured by a fidelity bond during the reporting period? | No |
| If "Yes," enter the maximum amount recoverable under the bond for loss caused by any person. | |
| 13. How many members did your organization have at the end of the reporting period? | 557 |

| | |
|---|---|
| 14. Enter the total value of your organizations assets at the end of the period (cash, bank accounts, equipment, etc.). | $0 |
| 15. Enter the total liabilities (debts) of your organization at the end of the period (unpaid bills, loans owed, etc.). | $0 |
| 16. Enter the total receipts of your organization during the reporting period (dues, fees, interest received, etc.). (If $10,000 or more, your organization must file Form LM-2 or LM-3 instead of this form.) | $0 |
| 17. Enter the total disbursements made by your organization during the reporting period (per capita tax, loans made, net payment to officers, payments for office supplies, etc.). | $0 |
| 18. Enter the total payments to officers and employees made by your organization during the reporting period (gross salaries, lost time payments, allowances, expenses, etc.). | $0 |

## 19. ADDITIONAL INFORMATION SUMMARY

FILE NUMBER: 545-734

Item 20 Title:

General Information: The Union does not have a President. The Union is governed and managed by an Executive Board, which acts as a committee with each Board member having one vote. The Executive Director is a member of the Executive Board.

General Information: The Union does not have a President. The Union is governed and managed by an Executive Board, which acts as a committee with each Board member having one vote. The Executive Director is a member of the Executive Board. The National Council does not have any financial transactions or hold any funds. All financial transactions and funds are maintained on the books and records of the International Union.