# EXHIBIT G

Excerpts from Steve Maritas Deposition Transcript

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL UNIONS, SECURITY
POLICE AND FIRE PROFESSIONALS OF
AMERICA (SPFPA), et al,
Plaintiffs,

-vs- Case No. 2:19-CV-10743

STEVE MARITAS, et al,
Defendants.
_______________________________________/

LAW ENFORCEMENT OFFICERS
SECURITY UNION, et al,
Plaintiffs/Counter-Defendant/
Third-Party Defendant,

-vs- Case No. 2:20-CV-12544

INTERNATIONAL UNIONS, SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA,
(SPFPA), et al,
Defendants/Counter-Plaintiff.
________________________________________/

DEPONENT: STEVEN MARITAS

DATE: Wednesday, March 23, 2022

TIME: 11:17 a.m.

LOCATION: YOUNG, GARCIA & QUADROZZI, PC

27725 Stansbury Boulevard, Suite 125

Farmington Hills, Michigan

REPORTER: Karen Fortna, CRR/RMR/RPR/CSR-5067

JOB NO: 17896

APPEARANCES:

YOUNG, GARCIA & QUADROZZI, PC
By: Mr. J. David Garcia
Mr. Joshua D. Apel
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
garcia@youngpc.com
apel@youngpc.com
Appearing on behalf of the Plaintiffs

NUNLEY WHEELOCK, PC
By: Mr. Thomas M. Nunley
4051 Haggerty Road
West Bloomfield, Michigan 48323
248.366.5000
tmnunley@nunleywheelock.com
Appearing on behalf of the Defendants

ALSO PRESENT: Mr. David Hickey
Mr. Scott A. Brooks, Esquire



I N D E X

W I T N E S S


| STEVEN MARITAS | PAGE |
|---|---|
| Examination by Mr. Garcia | 5 |
| Examination by Mr. Nunley | 65 |
| Further examination by Mr. Garcia | 68 |




E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Deposition notice | 5 |
| Exhibit 2 | Documents | 40 |




Wednesday, March 23, 2022
Farmington Hills, Michigan
11:17 a.m.
* * * *

STEVEN MARITAS,
having first been duly sworn, was examined and testified as follows:

MR. GARCIA: Mr. Maritas, hello again.
**THE WITNESS: Hello. How are you?**
MR. GARCIA: I think you're very familiar with me by now. I'm Dave Garcia, one of the attorneys for SPFPA.
(Marked for identification: Deposition Exhibit No. 1.)

EXAMINATION

BY MR. GARCIA:
Q. I want to start off by handing you an exhibit which we've marked as Exhibit 1. And this is a renotice of your deposition which was set for today. Do you see that?
**A. First page?**
Q. Yep.
**A. Yes, I see it.**
Q. Okay. And attached to that is what we call a duces tecum, which is a fancy phrase for a request for

Page 22

Q. Okay. Is he part of any union relating to the plumbing industry?
**A. I don't recall.**
Q. Okay. Do you know if he has any experience with unions?
**A. I know he has experience with security.**
Q. Okay. What's his experience with security?
**A. He's worked as a bouncer for nightclubs for me.**
Q. Okay. Going back to Mr. Sottilare. Do you know if he has any experience with security?
**A. He has also worked as a bouncer for me, also.**
Q. Okay. Other than Mr. Sottilare and Mr. Ahrens' experiences as being bouncers for you, do you know if they have any other kind of police, security, firefighter, law enforcement background?
**A. Off the top of my head, I cannot tell you.**
Q. Do you know when either Mr. Sottilare or Mr. Ahrens joined the executive board?
**A. Off the top of my head, I don't recall.**
Q. Do you know what year it was?
**A. I don't recall.**
Q. Okay. Do you currently have any position with LEOSU?
**A. I'm an executive board member.**
Q. Okay. Any other position?

Page 23

**A. At the present time?**
Q. Yes.
**A. No.**
Q. And just for the sake of clarity -- and I realize this may have changed over time -- what positions have you had with LEOSU?
**A. I was its organizing director.**
Q. Okay. Organizing director, eventually executive board member. Are there any other positions you've held at any time with LEOSU?
**A. Not with LEOSU.**
Q. When did you cease to be organizing director?
**A. I believe December 31st, 2020, I officially gave up that title.**
Q. Okay. But you remain on the board?
**A. Yes.**
Q. How many board members are there presently?
**A. Presently where? What union?**
Q. Well, let's talk LEOSU.
**A. Okay. So one, two, three, four -- five of us.**
MR. NUNLEY: Just so we're clear, he asked you LEOSU.
**THE WITNESS: LEOSU, five.**
MR. NUNLEY: And this is an LEOS-PBA LM, though.

Page 24

**THE WITNESS: I know, I just looked at the names.**
BY MR. GARCIA:
Q. Which five were you just ticking off as LEOSU board members?
**A. We have myself, Jean-Giles, Calvin Wells, Robert Sottilare, Thomas Ahrens. And we had a few more, but you're asking me presently right now?**
Q. Correct.
**A. Then just the five of us right now.**
Q. Okay. There was some testimony -- you sat in for the video deposition we took this morning, right?
**A. I was here.**
Q. Right. You were in the room. That's all I'm asking. Right?
**A. That's correct.**
Q. Okay. There was some testimony given that as it relates to dues, dues continued to be paid to affiliate members through, I believe, the end of last year, 12-31-21, and then as of the first of the year in '22, that changed. Is that your belief as well?
**A. Has that changed? Could you clarify the question?**
Q. Sure. I'll ask it this way: Through the end of December 2021, were members of LEOSU paying their

Page 25

dues directly to LEOSU?
**A. No.**
Q. Where were those dues being paid?
**A. For who?**
Q. For members of LEOSU.
**A. The dues go to LEOS-PBA.**
Q. So if LEOSU has a member in the latter part of 2021 and that member owes dues, those dues are paid directly to LEOS-PBA; do I have that right?
**A. That's correct.**
Q. Do they flow through LEOSU or is it direct to PBA?
**A. No, I believe that they -- I believe they go right to the LEOS-PBA.**
Q. You believe it's straight to them?
**A. Yeah. Some of them write the checks out to LEOSU and we deposit in the LEOS-PBA account.**
Q. You endorse them over?
**A. Well, we deposit them.**
Q. Okay. As of the first of the year, 2022, has that changed or are the LEOSU union members still paying their dues direct to PBA?
**A. It goes to the -- they write the checks out -- if they write the checks out to LEOSU, we will deposit it in the international account.**
Q. Okay. PBA?

**A. LEOS-PBA; that's correct.**
Q. Okay. Does LEOSU continue to hold a bank account with any member funds or was that also transferred over to PBA?
**A. I don't recall LEOSU having a bank account.**
Q. At any time?
**A. At any time.**
Q. Okay. What was done prior to the merger with union dues from LEOSU members? Where would those funds be put?
**A. If dues came in, depending on how they wrote the checks, we deposited them into the international account.**
Q. When you say the international account, I want to make sure I'm following.
**A. LEOS-PBA.**
Q. When did LEOS-PBA come into existence?
**A. In the formation of the union.**
Q. In the formation of the union. Which union?
**A. When we created the union itself.**
Q. Okay. And when was that?
**A. I believe that was on July 6, 2015.**
Q. Okay. So since July 6 or thereabouts, 2015, union members' payments, dues, would be put into the LEOS-PBA account?



**A. That's correct.**
Q. Okay. And did that ever change from July of '15 forward?
**A. No.**
Q. Back to the board, the LEOSU board. You identified the five members for me.
**A. That's correct.**
Q. I appreciate that.
Is there a chairman or someone in charge of the board even if he doesn't technically hold the title as chairman?
**A. No.**
Q. When did you decide to retire as the organizing director of LEOSU?
**A. I don't recall, but sometime in 2020.**
Q. And tell me again when that was effective.
**A. I believe it was December 31st.**
Q. Of?
**A. 2020.**
Q. Okay.
**A. '21, I'm sorry. We're in '22 now.**
Q. So to clean that up, when is it you believe you made the decision to resign?
**A. When I made the decision?**
Q. Yes.



**A. It could have been a year before. I don't recall when I made the decision.**
Q. What were your reasons for resigning?
**A. Just because I could.**
Q. Because you could. Well, you can do a lot of things. Why did you make this decision?
**A. Just decided to retire.**
Q. From LEOSU?
**A. That's correct.**
Q. Have you retired? Are you doing any work today?
**A. For who?**
Q. Anybody.
**A. Of course I am.**
Q. Okay. What are you doing today?
**A. I run the United Federation LEOS-PBA. I'm the organizing director, executive director.**
Q. That doesn't sound like many people's idea of retirement. You're doing the same job at a different place, right?
**A. I retired from LEOSU.**
Q. Okay. And what were your reasons for wanting to retire from LEOSU, but still be an organizing director of another union?
**A. I don't recall.**
Q. Don't know.



Did it have anything to do with the Oakland County litigation that wrapped up in November 2020?
**A. I don't recall.**
Q. You don't know? It might have, it might not have?
**A. I don't recall.**
Q. Okay. Has anyone taken over your position as organizing director, your former position at LEOSU?
**A. Not that I recall.**
Q. How many members did LEOSU have at the time you retired, end of the year 2021?
**A. I don't recall.**
Q. Do you know if it was more than 1,000?
**A. I don't recall.**
Q. Could have been more or less?
**A. Could be less.**
Q. Okay.
**A. If I had to guess, it would be less.**
Q. Less than 1,000?
**A. Yes.**
Q. Okay. Is there anyone today, to your understanding, who is in charge of the day-to-day operation of LEOSU, whatever their formal title?
**A. When you say the day-to-day operation, we have an executive board. The LEOSU still exists.**

Page 30

Q. Okay. So LEOSU still exists?
**A. That's correct.**
Q. It has a five-person executive board?
**A. That's correct.**
Q. Do those executive board members work full time for LEOSU?
**A. Do they work full time? I work full time.**
Q. You work full time as a board member. Do any of the other four board members work full time?
**A. The other four board members? No.**
Q. Other than the five of you, and I mean the five board members, are there any other employees, consultants, people who perform services for LEOSU?
**A. Well, we run the union and they're an affiliate of the international, so the answer would be that both myself and Charles Strebek run the union and the others will work as needed.**
Q. All right. Let me make sure I understand. I think we were using the phrase with Mr. Strebek the international, being the union that was created as part of the merger in roughly March of '21.
**A. That's correct.**
Q. Can we use that phrase with you, the international?
**A. The international.**
Q. We'll call it that.

Page 31

So since the formation of the international, if I understood what you just said, you and Mr. Strebek are running the day-to-day operations of LEOSU; is that right?
**A. We run the operations of several affiliate -- we run the operations of several affiliated unions.**
Q. I understand. I'm not trying to limit your role to only that, but I'm asking you as part of -- strike that.
I'm focusing on LEOSU as it exists post creation of the international. Am I correct that you and Mr. Strebek are the ones responsible for the day-to-day operations of that entity?
**A. We're responsible for all the affiliate unions, including LEOSU.**
Q. Okay. Is there anyone else, particularly as it relates to LEOSU, that affiliate union, who was responsible for day-to-day operations other than you and Mr. Strebek?
**A. No.**
Q. Okay. With regard to the other affiliated entities, how many are there?
**A. Several.**
MR. GARCIA: Okay. Do you have that list, Josh?

Page 32

While he's pulling them up, one of them was, I think what we were calling for shorthand the national, the one out of DC.
**THE WITNESS: Okay.**
MR. NUNLEY: National? I don't remember the national one. There's NUSPO --
MR. GARCIA: If I can read my handwriting, the National Union of Police and Security. Do I have that close?
**THE WITNESS: That's not the right name.**
MR. GARCIA: I think that's the name I gave but I'll -- okay. I was close.
BY MR. GARCIA:
Q. There's the National Union of Special Police Officers, NUSPO?
**A. That's correct.**
Q. Okay. That's the one out of DC?
**A. That's correct.**
Q. Okay. So that is one of the affiliated entities that you and Mr. Strebek run the day-to-day operations for, right?
**A. That's correct.**
Q. Okay. And to make this simple, sir, I'm looking at a list of nine affiliated entities. Does that sound about the right number today?

Page 33

**A. Somewhere around there, yes.**
Q. I can go through these one by one, but I'll take a shot and see if we can save some time.
For all of the affiliated entities of the international, would your answer be the same, that you and Mr. Strebek are responsible for the day-to-day operations?
**A. As executive officers, we are responsible, yes, for the day-to-day operations of these facilities.**
Q. Okay. Is there anybody else other than the two of you that you would say is responsible for day-to-day operations of those nine affiliated entities?
**A. Well, if you're asking me whether or not we have other people that are responsible for some of the job duties, then the answer would be there are more than one person other than me and Mr. Strebek.**
Q. Okay. Let's clarify that then. You and Mr. Strebek are, would you agree, ultimately responsible for the operations of those nine affiliates?
**A. That's correct, because we're on the international.**
Q. Okay. But you have other people who work for you, report to you, et cetera?
**A. That's correct.**

**A. I would have to see the poster again.**
Q. Well, you've seen the poster many times over the years, haven't you?
**A. I'd still have to see the poster.**
Q. You can look at page 2 of Exhibit 2.
**A. I can't read it.**
Q. Okay. Do you recall from the many times you've seen that poster anything being inaccurate about it?
**A. Without looking at the actual poster -- I can't read this.**
MR. NUNLEY: It says, "Non-payment of support."
**THE WITNESS: Oh, non-payment of support. That's not true.**
BY MR. GARCIA:
Q. Okay. So you believe the sheriff's office got that one wrong, it has nothing to do with non-payment of support?
**A. No, my child support was always paid up. If there was a medical bill for some reason that SPFPA did not send in the money, which had happened on a couple of occasions, then that's different than child support.**
Q. Okay. What money did SPFPA not send to whoever



they were supposed to send on your behalf?
**A. Well, I remember there was a time that -- you know, my payments went directly to the state and came out of my check.**
Q. Okay.
**A. So SPFPA was responsible for paying all child support payments through my check and then I believe there was a time where I had received a notice during that time where the bookkeeper, for whatever reason, wasn't making the payments.**
Q. Okay. Specifics. When and how much?
**A. I don't know the specifics, but it was when I worked for them, so it was prior to 2013. I know that, you know, I did receive notice and the reason I got notice was because my ex-wife was saying she wasn't getting her money, so when I inquired about it, we determined for whatever reason that they weren't sending in money to the state.**
Q. Okay. Who did you talk to at SPFPA, if anyone, about this claim that SPFPA was somehow not sending money to the state?
**A. The bookkeeper and Dave Hickey knew about it.**
Q. Who is the bookkeeper?
**A. Carrie Cabell (ph).**
Q. Okay. So you believe you spoke to Carrie and to



Mr. Hickey about SPFPA needing to send money to either the state or the federal government for some kind of obligation of yours?
**A. Absolutely.**
MR. GARCIA: Okay. That's all I have.
MR. NUNLEY: I'm good.

(Deposition concluded at 12:55 p.m.)



STATE OF MICHIGAN)
COUNTY OF OAKLAND)

Certificate of Notary Public

I do hereby certify the witness, whose attached testimony was taken in the above matter, was first duly sworn to tell the truth; the testimony contained herein was reduced to writing in the presence of the witness, by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given. I further certify that I am not connected by blood or marriage with any of the parties, their attorneys or agents, and that I am not interested directly, indirectly or financially in the matter of controversy.

In witness whereof, I have hereunto set my hand this day at Clarkston, Michigan, State of Michigan.

I hereby set my hand this day, March 27, 2022.

Karen Fortna

Karen Fortna, CRR/RMR/RPR/CSR-5067
Notary Public, Oakland County, Michigan
My Commission expires 4/30/2025