# EXHIBIT J

Excerpts from Charles Strebeck Deposition Transcript

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL UNIONS, SECURITY
POLICE AND FIRE PROFESSIONALS OF
AMERICA (SPFPA), et al,
Plaintiffs,

-vs- Case No. 2:19-CV-10743

STEVE MARITAS, et al,
Defendants.
_________________________________________/

LAW ENFORCEMENT OFFICERS
SECURITY UNION, et al,
Plaintiffs/Counter-Defendant/
Third-Party Defendant,

-vs- Case No. 2:20-CV-12544

INTERNATIONAL UNIONS, SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA,
(SPFPA), et al,
Defendants/Counter-Plaintiff.
__________________________________________/

DEPONENT: CHARLES STREBEK (VIA ZOOM)

DATE: Wednesday, March 23, 2022

TIME: 9:20 a.m.

LOCATION: YOUNG, GARCIA & QUADROZZI, PC
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan

REPORTER: Karen Fortna, CRR/RMR/RPR/CSR-5067

JOB NO: 18045

APPEARANCES:

YOUNG, GARCIA & QUADROZZI, PC
By: Mr. J. David Garcia
Mr. Joshua D. Apel
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
garcia@youngpc.com
apel@youngpc.com
Appearing on behalf of the Plaintiffs

NUNLEY WHEELOCK, PC
By: Mr. Thomas M. Nunley
4051 Haggerty Road
West Bloomfield, Michigan 48323
248.366.5000
tmnunley@nunleywheelock.com
Appearing on behalf of the Defendants

ALSO PRESENT: Mr. Steve Maritas
Mr. David Hickey
Mr. Scott A. Brooks, Esquire



I N D E X

W I T N E S S


| CHARLES STREBEK | PAGE |
| --- | --- |
| Examination by Mr. Apel | 5 |
| Examination by Mr. Nunley | 64 |
| Further examination by Mr. Apel | 66 |




E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 2 | Deposition notice . . . . . . . . . | 8 |




Wednesday, March 23, 2022
Farmington Hills, Michigan
9:20 a.m.
* * * *

CHARLES STREBEK,
having first been duly sworn, was examined and testified as follows:
(Witness appearing via Zoom videoconference.)

MR. APEL: Hi, Mr. Strebek. I introduced myself earlier. My name is Josh Apel. I'm an attorney at Young, Garcia & Quadrozzi and we're representing SPFPA, Dave Hickey and Dwayne Phillips in the litigation that we're here about today.

EXAMINATION

BY MR. APEL:
Q. Have you ever been deposed before?
**A. Yes.**
Q. How recently?
**A. It's been years. It's been awhile.**

MR. APEL: If it's been awhile, I want to give you a couple ground rules to make sure things go smoothly today -- here's Mr. Maritas.

MR. MARITAS: Good morning, everybody. Sorry I'm late.

(Discussion off the record.)

Page 34

**A. SPFPA, yes. Sorry.**
Q. Okay. Did you ask to review the details of what these defamation allegations were?
**A. No.**
Q. Did you have any other independent knowledge of what the allegations of defamation were?
**A. No.**
Q. So did have any reason to believe whether or not the allegations were true or not?
**A. No.**
Q. But that didn't bother you in deciding to go into this merger?
**A. That's correct.**
Q. Why not?
**A. I still thought it was a good business decision for my union and for the future of the Federation.**
Q. Even if one of the unions you were going to become affiliated with has a lawsuit against it and you have no basis to know whether it's a valid or invalid lawsuit; is that right?
**A. That's correct.**
Q. Okay. Since that time, have you ever taken any time to get more familiar with the details of the lawsuit?
**A. No.**

Page 35

Q. Have you ever -- before your conversation with Steve in June or July of 2020, had you ever heard of LEOSU before?
**A. As a competing union, yes.**
Q. Okay. And what was -- if you were the executive director and then the president of the Federation, in your view, you're familiar with unions, what was LEOSU's reputation?
**A. I really don't know.**
Q. Okay. Had you ever been in any election or organizing campaigns against LEOSU as the Federation?
**A. No.**
Q. No?
**A. No.**
Q. Did Mr. Maritas ever talk to you about sort of his strategy in organizing campaigns?
**A. No.**
Q. Before the merger, did you have any understanding of Mr. Maritas' organizing campaign strategies?
**A. No.**
Q. I understand that you're saying that with the merger the union would be -- that the new union would be a larger union. Was the goal to form this larger union and then expand even further?

Page 36

**A. Yes.**
Q. Okay. What's the goal? How many union members is your goal to expand to?
**A. We haven't really decided that yet.**
Q. Okay. So after this August 2020 meeting with Steve, it sounds like there was kind of -- you guys didn't have the details worked out, but you kind of had a handshake agreement that you guys would move forward with the merger; is that fair?
**A. Yes.**
Q. Okay. And we already said that the merger didn't actually happen until March 2021. What were the steps that you guys had to take between August 2020 and March 2021 to effectuate the merger?
**A. The LEOS-PBA's attorney, John Axlerod, created the merger agreement and we spent some time going over that merger agreement to make sure it accurately reflected what we were going to do.**
Q. And what were you going to do?
**A. We were going to merge the three unions together and create a new international union of the United Federation LEOS-PBA.**
Q. Okay. Did any -- so as part of this merger, did one union acquire another union?
**A. No.**

Page 37

Q. Let's -- what was the name of the new union?
**A. United Federation LEOS-PBA.**
Q. Okay. And I normally would call that the Federation, but we're already calling the previous existing union the Federation, so to avoid any confusion, I'm going to still call the original Federation the Federation as I have been and I'm going to call the new merged union Federation LEOS.
**A. Okay.**
Q. Is that fair?
**A. Sure.**
Q. Okay. So for the -- I'm trying to understand what the details of this merger were.
Did Federation LEOS acquire the other smaller unions?
**A. The smaller unions became affiliated with the new Federation LEOS.**
Q. What does that mean to be affiliated?
**A. That it still operates independently, but it's supported by the international.**
Q. Okay. So does the -- so because you called it the international, that's what I'll call it. Instead of Federation LEOS, I'm going to call it the international. I like your term better.
Does the international have any members of

Page 66

international, correct?
**A. Correct.**
Q. And do you expect that after the first quarter, the treasurer will provide you financials of the first quarter of dues collecting for the international?
**A. In the normal the course of business, I would expect that to happen.**
Q. Great. And finally, do you expect to sign off on the LM after it's provided to you by the accountant when it's due sometime after the end of the first fiscal year?
**A. Yes.**
MR. NUNLEY: Very good. No further questions.
MR. APEL: I just have one quick followup there, I guess something I wasn't clear on.
FURTHER EXAMINATION
BY MR. APEL:
Q. Just now to Mr. Nunley you testified that the affiliates only started paying dues to the international in January 2022, right?
**A. Yes.**
Q. So from March 2021, when the merger, through December 31, 2021, am I to understand that all the affiliates kept their dues just as they would have

Page 67

before the merger?
**A. Yes.**
MR. APEL: Okay. I just wasn't clear on that. I just wanted to make sure I understood. Thanks.
MR. NUNLEY: We're good, Charles. Thank you.

(Deposition concluded at 10:49 a.m.)

Page 68

STATE OF MICHIGAN)
COUNTY OF OAKLAND)

Certificate of Notary Public

I do hereby certify the witness, whose attached testimony was taken in the above matter, was first duly sworn to tell the truth; the testimony contained herein was reduced to writing in the presence of the witness, by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given. I further certify that I am not connected by blood or marriage with any of the parties, their attorneys or agents, and that I am not interested directly, indirectly or financially in the matter of controversy.

In witness whereof, I have hereunto set my hand this day at Clarkston, Michigan, State of Michigan.

I hereby set my hand this day, March 23, 2022.

*Karen Fortna*

Karen Fortna, CRR/RMR/RPR/CSR-5067
Notary Public, Oakland County, Michigan
My Commission expires 4/30/2025