# EXHIBIT K

2022 LM Report – LEOS-PBA, dated March 31, 2023

# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTALANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 01-31-2025

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 000-420 | 2. PERIOD COVERED<br>From 01/01/2022<br>Through 12/31/2022 | 3. (a) AMENDED - Is this an amended report: No<br>(b) HARDSHIP - Filed under the hardship procedures: No<br>(c) TERMINAL - This is a terminal report: No |
|---|---|---|---|

. AFFILIATION OR ORGANIZATION NAME
LAW ENFORCEMENT OFFICERS SECURITY & POLICE

. DESIGNATION (Local, Lodge, etc.)
NATIONAL HEADQUARTERS

6. DESIGNATION NBR

. UNIT NAME (if any)
LEOS-PBA

9. Are your organization's records kept at its mailing address? Yes

8. MAILING ADDRESS (Type or print in capital letters)

| First Name | Last Name |
|---|---|
| STEVE | MARITAS |

P.O Box - Building and Room Number
10th Floor

Number and Street
1717 Pennsylvania Ave NW, 1

City
WASHINGTON

| State | ZIP Code + 4 |
|---|---|
| DC | 20006 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

70. SIGNED: Steve Maritas Executive Director
Date: Mar 31, 2023 Telephone Number: 202-486-8558

71. SIGNED: Brikener Jean Gilles TREASURER
Date: Mar 31, 2023 Telephone Number: 631-494-8318

**ITEMS 10 THROUGH 21**

FILE NUMBER: 000-420

| | |
|---|---|
| 10. During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries? | No |
| 11(a). During the reporting period did the labor organization have a political action committee (PAC) fund? | No |
| 11(b). During the reporting period did the labor organization have a subsidiary organization as defined in Section X of these Instructions? | No |
| 12. During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative? | No |
| 13. During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.) | No |
| 14. What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds? | $25,000 |
| 15. During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale? | No |
| 16. Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period? | No |
| 17. Did the labor organization have any contingent liabilities at the end of the reporting period? | No |
| 18. During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions? | No |
| 19. What is the date of the labor organization's next regular election of officers? | 08/2024 |

i20. How many members did the labor organization have at the end of the reporting period? 1,724

1. What are the labor organization's rates of dues and fees?

| Rates of Dues and Fees | | | | | |
|---|---|---|---|---|---|
| Dues/Fees | Amount | | Unit | Minimum | Maximum |
| (a) Regular Dues/Fees | 0 | per | month | 20 | 22.5 X hourly rate |
| (b) Working Dues/Fees | n/a | per | n/a | n/a | n/a |
| (c) Initiation Fees | n/a | per | n/a | n/a | n/a |
| (d) Transfer Fees | n/a | per | n/a | n/a | n/a |
| (e) Work Permits | n/a | per | n/a | n/a | n/a |

**STATEMENT A - ASSETS AND LIABILITIES**

FILE NUMBER: 000-420

ASSETS

| ASSETS | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 22. Cash | | $541,405 | $147,088 |
| 23. Accounts Receivable | 1 | $0 | $0 |
| 24. Loans Receivable | 2 | $0 | $0 |
| 25. U.S. Treasury Securities | | $0 | $0 |
| 26. Investments | 5 | | $0 |
| 27. Fixed Assets | 6 | | $0 |
| 28. Other Assets | 7 | | $0 |
| 29. TOTAL ASSETS | | $541,405 | $147,088 |

LIABILITIES

| LIABILITIES | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 30. Accounts Payable | 8 | | $0 |
| 31. Loans Payable | 9 | | $0 |
| 32. Mortgages Payable | | $0 | $0 |
| 33. Other Liabilities | 10 | | $0 |
| 34. TOTAL LIABILITIES | | $0 | $0 |

| | | |
|---|---|---|
| 35. NET ASSETS | $541,405 | $147,088 |

**STATEMENT B - RECEIPTS AND DISBURSEMENTS**

FILE NUMBER: 000-420

| CASH RECEIPTS | SCH | AMOUNT | CASH DISBURSEMENTS | SCH | AMOUNT |
|---|---|---|---|---|---|
| 36. Dues and Agency Fees | | $916,062 | 50. Representational Activities | 15 | $297,963 |
| 37. Per Capita Tax | | $0 | 51. Political Activities and Lobbying | 16 | $0 |
| 38. Fees, Fines, Assessments, Work Permits | | $0 | 52. Contributions, Gifts, and Grants | 17 | $0 |
| 39. Sale of Supplies | | $0 | 53. General Overhead | 18 | $58,838 |
| 40. Interest | | $0 | 54. Union Administration | 19 | $43,548 |
| 41. Dividends | | $0 | 55. Benefits | 20 | $7,937 |
| 42. Rents | | $0 | 56. Per Capita Tax | | $900,000 |
| 43. Sale of Investments and Fixed Assets | 3 | $0 | 57. Strike Benefits | | $0 |
| 44. Loans Obtained | 9 | $0 | 58. Fees, Fines, Assessments, etc. | | $0 |
| 45. Repayments of Loans Made | 2 | $0 | 59. Supplies for Resale | | $0 |
| 46. On Behalf of Affiliates for Transmittal to Them | | $0 | 60. Purchase of Investments and Fixed Assets | 4 | $0 |
| 47. From Members for Disbursement on Their Behalf | | $0 | 61. Loans Made | 2 | $0 |
| 48. Other Receipts | 14 | $0 | 62. Repayment of Loans Obtained | 9 | $0 |
| 49. TOTAL RECEIPTS | | $916,062 | 63. To Affiliates of Funds Collected on Their Behalf | | $0 |
| | | | 64. On Behalf of Individual Members | | $0 |
| | | | 65. Direct Taxes | | $2,093 |
| | | | | | |
| | | | 66. Subtotal | | $1,310,379 |
| | | | 67. Withholding Taxes and Payroll Deductions | | |
| | | | 67a. Total Withheld $0 | | |
| | | | 67b. Less Total Disbursed $0 | | |
| | | | 67c. Total Withheld But Not Disbursed | | |
| | | | 68. TOTAL DISBURSEMENTS | | $1,310,379 |

**SCHEDULE 1 - ACCOUNTS RECEIVABLE AGING SCHEDULE**

FILE NUMBER: 000-420

| Entity or Individual Name (A) | Total Account Receivable (B) | 90-180 Days Past Due (C) | 180+ Days Past Due (D) | Liquidated Account Receivable (E) |
|---|---|---|---|---|
| Total of all itemized accounts receivable | $0 | $0 | $ | $0 |
| Totals from all other accounts receivable | $0 | $0 | $0 | $0 |
| **Totals** (Total of Column (B) will be automatically entered in Item 23, Column(B)) | $0 | $0 | $0 | $0 |

**SCHEDULE 2 - LOANS RECEIVABLE**

FILE NUMBER: 000-420

| List below loans to officers, employees, or members which at any time during the reporting period exceeded $250 and list all loans to business enterprises regardless of amount. (A) | Loans Outstanding at Start of Period (B) | Loans Made During Period (C) | Repayments Received During Period | | Loans Outstanding at End of Period (E) |
|---|---|---|---|---|---|
| | | | Cash (D)(1) | Other Than Cash (D)(2) | |
| Total of loans not listed above | $0 | $0 | $0 | $0 | $0 |
| Total of all lines above | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 24 Column (A) | Item 61 | Item 45 | Item 69 with Explanation | Item 24 Column (B) |

**SCHEDULE 3 - SALE OF INVESTMENTS AND FIXED ASSETS**

FILE NUMBER: 000-420

| Description (if land or buildings, give location) (A) | Cost (B) | Book Value (C) | Gross Sales Price (D) | Amount Received (E) |
|---|---|---|---|---|
| Total of all lines above | $0 | $0 | $0 | $0 |
| | | | Less Reinvestments | $0 |
| (The total from Net Sales Line will be automatically entered in Item 43) | | | Net Sales | $0 |

**SCHEDULE 4 - PURCHASE OF INVESTMENTS AND FIXED ASSETS**

**FILE NUMBER: 000-420**

| Description (if land or buildings, give location) (A) | Cost (B) | Book Value (C) | Cash Paid (D) |
|---|---|---|---|
| Total of all lines above | $0 | $0 | $0 |
| | | Less Reinvestments | $0 |
| (The total from Net Purchases Line will be automatically entered in Item 60.) | | Net Purchases | $0 |

**SCHEDULE 5 - INVESTMENTS**

FILE NUMBER: 000-420

| Description (A) | Amount (B) |
|---|---|
| Marketable Securities | |
| A. Total Cost | $0 |
| B. Total Book Value | $0 |
| C. List each marketable security which has a book value over $5,000 and exceeds 5% of Line B. | |
| Other Investments | |
| D. Total Cost | $0 |
| E. Total Book Value | $0 |
| F. List each other investment which has a book value over $5,000 and exceeds 5% of Line E. Also, list each subsidiary for which separate reports are attached. | |
| **G. Total of Lines B and E** (Total will be automatically entered in Item 26, Column(B)) | $0 |

**SCHEDULE 6 - FIXED ASSETS**

FILE NUMBER: 000-420

| Description (A) | Cost or Other Basis (B) | Total Depreciation or Amount Expensed (C) | Book Value (D) | Value (E) |
|---|---|---|---|---|
| A. Land (give location) | $0 | | $0 | $0 |
| B. Buildings (give location) | $0 | $0 | $0 | $0 |
| C. Automobiles and Other Vehicles | $0 | $0 | $0 | $0 |
| D. Office Furniture and Equipment | $0 | $0 | $0 | $0 |
| E. Other Fixed Assets | $0 | $0 | $0 | $0 |
| **F. Totals of Lines A through E** (Column(D) Total will be automatically entered in Item 27, Column(B)) | $0 | $0 | $0 | $0 |

**SCHEDULE 7 - OTHER ASSETS**



| Description (A) | Book Value (B) |
|---|---|
| **Total** (Total will be automatically entered in Item 28, Column(B)) | $0 |

**SCHEDULE 8 -ACCOUNTS PAYABLE AGING SCHEDULE**

FILE NUMBER: 000-420

| Entity or Individual Name (A) | Total Account Payable (B) | 90-180 Days Past Due (C) | 180+ Days Past Due (D) | Liquidated Account Payable (E) |
|---|---|---|---|---|
| Total for all itemized accounts payable | $0 | $0 | $0 | $0 |
| Total from all other accounts payable | $0 | $0 | $0 | $0 |
| **Totals** (Total for Column(B) will be automatically entered in Item 30, Column(D)) | $0 | $0 | $0 | $0 |

**SCHEDULE 9 - LOANS PAYABLE**

**FILE NUMBER: 000-420**

| Source of Loans Payable at Any Time During the Reporting Period (A) | Loans Owed at Start of Period (B) | Loans Obtained During Period (C) | Repayment During Period Cash (D)(1) | Repayment During Period Other Than Cash (D)(2) | Loans Owed at End of Period (E) |
|---|---|---|---|---|---|
| Total Loans Payable | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 31 Column (C) | Item 44 | Item 62 | Item 69 with Explanation | Item 31 Column (D) |

**SCHEDULE 10 - OTHER LIABILITIES**

**FILE NUMBER:** 000-420

| Description (A) | Amount at End of Period (B) |
|---|---|
| **Total Other Liabilities** (Total will be automatically entered in Item 33, Column(D)) | $0 |

**SCHEDULE 11 - ALL OFFICERS AND DISBURSEMENTS TO OFFICERS** FILE NUMBER: 000-420

| | (A) Name | (B) Title | (C) Status | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00<br>B<br>C | burke , james<br>Executive Board Member<br>P | | | $0 | $0 | $0 | $0 | $0 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 % |
| A<br>B<br>C | Jean-Giles , Brikener<br>Executive Board Member<br>C | | | $12,000 | $0 | $0 | $0 | $12,000 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 % |
| A<br>B<br>C | Maritas , Steve<br>Executive Director<br>C | | | $0 | $0 | $10,634 | $0 | $10,634 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 0 | Schedule 19 Administration | 15 % |
| A<br>B<br>C | Wells , Calvin<br>Executive Board Member<br>C | | | $13,350 | $0 | $0 | $0 | $13,350 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 |
| ot<br>B<br>C | ottilare , Robert<br>Executive Board Member<br>C | | | $12,000 | $0 | $0 | ;: | $12,000 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 % |
| A<br>B<br>C | Ahrens , Thomas<br>Executive Board Member<br>C | | | $12,000 | $0 | $0 | $0 | $12,000 | | |
| I | Schedule 15 Representational Activities | 85 % | Schedule 16 Political Activities and Lobbying | 0 % | Schedule 17 Contributions | 0 % | Schedule 18 General Overhead | 0 % | Schedule 19 Administration | 15 % |
| Total Officer Disbursements | | | | $49,350 | $0 | $10,634 | $0 | $59,984 | | |
| Less Deductions | | | | | | | | $0 | | |
| Net Disbursements | | | | | | | | $59,984 | | |

**SCHEDULE 12 - DISBURSEMENTS TO EMPLOYEES**

FILE NUMBER: 000-420

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| TOTALS RECEIVED BY EMPLOYEES MAKING $10,000 OR LESS | | | | $22,67 | $0 | $0 | $ | $22,673 |
| I | Schedule 15 Representational Activities | 100 °A | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | Schedule 18 iGeneral Overhead | Schedule 19 Administration | |
| Tota Employee Disbursements | | | | $22,673 | $0 | $0 | $0 | $22,673 |
| Less Deductions | | | | | | | | $0 |
| Net Disbursements | | | | | | | | $22,673 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 13 - MEMBERSHIP STATUS**

FILE NUMBER: 000-420

| Category of Membership (A) | Number (B) | Voting Eligibility (C) |
|---|---|---|
| Regular Members | 1,724 | Yes |
| Associate Member | 0 | No |
| **Members** (Total of all lines above) | 1,724 | |
| Agency Fee Payers* | 0 | |
| Total Members/Fee Payers | 1,724 | |
| *Agency Fee Payers are not considered members of the labor organization. | | |

**DETAILED SUMMARY PAGE - SCHEDULES 14 THROUGH 19**

FILE NUMBER: 000-420

| SCHEDULE 14 OTHER RECEIPTS | |
|---|---|
| 1. Named Payer Itemized Receipts | $0 |
| 2. Named Payer Non-itemized Receipts | $0 |
| 3. All Other Receipts | $0 |
| 4. Total Receipts | $0 |

| SCHEDULE 17 CONTRIBUTIONS, GIFTS & GRANTS | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $0 |
| 6. Total Disbursements | $0 |

| SCHEDULE 15 REPRESENTATIONAL ACTIVITIES | |
|---|---|
| 1. Named Payee Itemized Disbursements | $183,995 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $50,987 |
| 4. To Employees | $22,673 |
| 5. All Other Disbursements | $40,308 |
| 6. Total Disbursements | $297,963 |

| SCHEDULE 18 GENERAL OVERHEAD | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $30,869 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $27,969 |
| 6. Total Disbursements | $58,838 |

| SCHEDULE 16 POLITICAL ACTIVITIES AND LOBBYING | |
|---|---|
| 1. Named Payee Itemized Disbursements | $0 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $0 |
| 6. Total Disbursements | $0 |

| SCHEDULE 19 UNION ADMINISTRATION | |
|---|---|
| 1. Named Payee Itemized Disbursements | $25,000 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $8,998 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $9,550 |
| 6. Total Disbursements | $43,548 |

**SCHEDULE 14 - OTHER RECEIPTS**

FILE NUMBER: 000-420

There was no data found for this schedule.

**SCHEDULE 15 - REPRESENTATIONAL ACTIVITIES**

FILE NUMBER: 000-420

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Dennis M Barnes P LLC<br><br>8540 N Canton Center Rd<br>Canton<br>MI<br>48187 | Legal fees for representational activities | 12/21/2022 | $8,196 |
| | Total Itemized Transactions with this Payee/Payer | | $8,196 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| Type or Classification (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $8,196 |
| Law Firm | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Lally & Misir, LLP<br><br>220 Old Country Road<br>Mineola<br>NY<br>11501 | Legal fees for representational activities | 11/16/2022 | $50,000 |
| | Total Itemized Transactions with this Payee/Payer | | $50,000 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| Type or Classification (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $50,000 |
| Law Firm | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Nunley Wheelock | Legal fees for representational activities | 03/11/2022 | 510,000 |
| | Legal fees for representational activities | 03/25/2022 | $10,000 |
| 4051 Haggerty Road | Legal fees for representational activities | 05/06/2022 | $10,000 |
| West Bloomfield Townshi | Legal fees for representational activities | 08/09/2022 | $10,000 |
| MI | Legal fees for representational activities | 09/13/2022 | $20,000 |
| 8323 | Legal fees for representational activities | 10/06/2022 | s28,299 |
| **Type or Classification (B)** | Legal fees for representational activities | 11/08/2022 | $20,000 |
| Law Firm | Legal fees for representational activities | 06/10/2022 | $10,000 |
| | Legal fees for representational activities | 07/14/2022 | $7,500 |
| | Total Itemized Transactions with this Payee/Payer | | $125,799 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | 5125,799 |

**SCHEDULE 16 - POLITICAL ACTIVITIES AND LOBBYING** FILE NUMBER 000-420

There was no data found for this schedule.

**SCHEDULE 17 - CONTRIBUTIONS, GIFTS & GRANTS** FILE NUMBER: 000-420

There was no data found for this schedule.

**SCHEDULE 18 - GENERAL OVERHEAD** FILE NUMBER: 000-420

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Servcorp US<br><br>1330 Avenue of the Americas<br>New York<br>NY<br>10019 | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $7,135 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $7,135 |
| Type or Classification (B): Office Space | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| WithumSmith+Brown, PC<br><br>4600 East-West Highway<br>Bethesda<br>MD<br>20814 | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $12,009 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $12,009 |
| Type or Classification (B): Accounting Firm | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| WIX<br><br>154 W 14th St Ste 703<br>New York<br>NY<br>10011 | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $11,725 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $11,725 |
| Type or Classification (B): Web Services | | | |

**SCHEDULE 19 - UNION ADMINISTRATION**



| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Lally & Misir LLP<br>220 Old Country Road<br>Mineola<br>NY<br>11501 | Legal fees for Union Administration | 07/07/2022 | $5,000 |
| | Legal fees for Union Administration | 09/14/2022 | $10,000 |
| | Legal fees for Union Administration | 11/02/2022 | $10,000 |
| | Total Itemized Transactions with this Payee/Payer | | $25,000 |
| Type or Classification (B) | Total Non-Itemized Transactions with this Payee/Payer | | $0 |
| Law Firm | Total of All Transactions with this Payee/Payer for This Schedule | | $25,000 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 20 - BENEFITS**

**FILE NUMBER: 000-420**

| Description (A) | To Whom Paid (B) | Amount (C) |
|---|---|---|
| Health Insurance | Fidelis | $7,937 |
| Total of all lines above (Total will be automatically entered in Item 55.) | | $7,937 |

**69. ADDITIONAL INFORMATION SUMMARY** **FILE NUMBER: 000-420**

**Item 70 Title: There is No President. The Executive Director who is also a Board member is signing on its behalf.**

**Schedule 13, Row1:**

**Schedule 13, Row1::Membership shall be open to those individuals who provide protective services/security services.**

**Schedule 13, Row1:**

**Schedule 13, Row1::**

**Schedule 13, Row2:**

**Schedule 13, Row2::Any law enforcement and/or security professional who wish to join our International Union may do so as an Associate Member. Such Associate Member shall not have any voting rights in this organization. Such Associate Members are not required to pay monthly dues. Nothing shall prohibit this International Union from setting a yearly membership fee and/or from providing limited benefits to such Associate member or members.**

**Schedule 13, Row2:**

**Schedule 13, Row2:: Associate members do not have voting rights.**

**General Information:**

**Schedule 11 - James Burke is listed as a past officer. Mr. Burke resigned effective January 1, 2021, however, he was inadvertently included as a continuing officer on the 2021 Form LM-2.**