**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>Law Enforcement Officers Security Union,<br><br>Debtor. | Case No. 24-70277-JAD |
| The International Union, Security, Police and Fire Professionals of America,<br><br>Objecting Party,<br>v.<br><br>Eric E. Bononi, Trustee,<br><br>Respondent. | Chapter 7 |

**CERTIFICATE OF SERVICE**

I, J. David Garcia, hereby certify that, on October 28, 2025, I served or caused to be served a true and correct copy of The SPFPA's Objection to the Motion to Approve Settlement upon all parties in interest via the Court's electronic CM/ECF notification system.

Dated: October 28, 2025

Respectfully submitted,

*/s/ J. David Garcia*
VARNUM LLP
J. David Garcia, Esq. (admitted *pro hac vice*)
Brendan G. Best, Esq. (admitted *pro hac vice*)
Jaye Quadrozzi, Esq. (admitted *pro hac vice*)
480 Pierce Street, Suite 300
Birmingham, Michigan 38009
Phone: (248) 567-7800
Email: jdgarcia@varnumlaw.com
bgbest@varnumlaw.com
jcquadrozzi@varnumlaw.com