**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**LAW ENFORCEMENT OFFICERS SECURITY UNION,**<br><br>**Debtor.** | **Bankruptcy No. 24-70277-JAD**<br><br>**Chapter 7**<br><br>**Related to ECF No. 92** |
| **ERIC E. BONONI, Trustee,**<br><br>**Movant,**<br><br>**-vs-**<br><br>**LAW ENFORCEMENT OFFICERS SECURITY UNION,**<br><br>**Respondent.** | |

**ORDER**

AND NOW, this 27th day of February, 2026, for the reasons set forth in the contemporaneously issued *Memorandum Opinion*, it is **HEREBY ORDERED, ADJUDGED, and DECREED,** that the *Motion to Approve Settlement* filed at ECF No. 92 is DENIED.

IT IS SO ORDERED.

Dated: February 27, 2026

jlh
Hon. Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to Mail to:

Debtor
Eric E. Bononi, Chapter 7 Trustee
Kirk B. Burkley, Esq., Counsel for the Debtor & the Non-Debtor Parties
J. David Garcia, Esq., Counsel to the SPFPA
Office of the United States Trustee

FILED
2/27/26 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA