# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−7 | User: auto | Date Created: 2/27/2026 |
| Case: 24−70277−JAD | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Eric E. Bononi | bankruptcy@bononilaw.com |
| aty | Eric E. Bononi | bankruptcy@bononilaw.com |
| aty | Kirk B. Burkley | kburkley@bernsteinlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | J. David Garcia | Varnum LLP | 480 Pierce Street | Suite 300 | Birmingham, MI 48009 |

TOTAL: 1